AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| National Services Industries, Inc. f/d/b/a North Brothers, Inc. <br> *Plaintiff* <br> v. <br> N&M, Inc., et al. <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 3:09-cv-00155-DPJ-JCS |

## *alias* SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Molly Netherland
P. O. Box 1242
Long Beach, MS 39560

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint and notice of removal or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MARCY B. CROFT
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 South Lamar Street, Suite 100
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: APR 2 2 2009

*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE - Summons and Complaint
### (PROCESS SERVER)

I, the undersigned process server, served the summons and Complaint upon on the person or entity named in the manner set forth below:

(X) PERSONAL SERVICE. I personally delivered copies to **Molly Netherland** on the **19th** day of **August, 2009,** where I found said person at **622/624 West Railroad Street** in the city of **Pass Christian** in **Harrison** county in the state of **Mississippi**.

At the time of service I was at least 18 years of age and not a party to this action.

Fee for Service: $45.00

Process Server Must List Below:

Name: Darren Versiga

Address: P.O. Box 516   Pascagoula, MS   39568

Telephone Number: 228-762-9622

STATE OF MISSISSIPPI
COUNTY OF JACKSON

　　　　Personally cane and appeared before me, the undersigned authority in and for the state and county foresaid, the within named Darren Versiga being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons and Complaint" are true and correct as therein stated.

_____
PROCESS SERVER

Sworn to and subscribed before me this the **19th** day of **August**, 2009.

_____
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 73963, JESSICA VERSIGA, Commission Expires June 2, 2013, JACKSON COUNTY]